# EXHIBIT

# B

If either party desires to modify or change this Agreement it shall, sixty (60) days prior to May 5, 2000, or any subsequent May 5th date, give written notice to such effect. As soon as practical after receipt of said notice, a conference will be arranged on a mutually acceptable date(s) to negotiate the proposals in which case this Agreement shall continue in full force and effect, except that either party may subsequently terminate this Agreement by providing 30 day written notice to the other party.

### PENSION PLAN, LIFE AND DISABILITY BENEFITS PROGRAM, HEALTHCARE PROGRAM, SUPPLEMENTAL UNEMPLOYMENT BENEFIT PLAN, GUARANTEED INCOME STREAM BENEFIT PROGRAM, PROFIT SHARING PLAN, AND PERSONAL SAVINGS PLAN.

(164) The parties have provided for a package of benefit programs for individuals hired prior and subsequent to May 1, 1996. These programs have been signed by the parties simultaneously with the execution of this Agreement. These agreements are attached as exhibits to the Agreement and made part of this Agreement as if set out in full herein, subject to all provisions of this Agreement. No matter respecting the provisions of any of these Agreements shall be subject to the grievance procedure established in this Agreement.

(165) The parties recognize that many unforeseen concerns and problems may arise during the pendency of this Agreement. The parties also recognize that the potential exists for rapid growth which could lead to concerns which might affect the employer-employee relationship in the administration of the provisions of this Agreement. With these realizations in mind, the parties agree that it is imperative that they address such challenges as they arise in a team spirit of cooperation.

(166) Partial Invalidity of Agreement - Should the parties hereafter agree that applicable law renders invalid or unenforceable any of the provisions of this Agreement, including all agreements, memoranda of Agreement, and letters supplemental, amendatory, understanding, or letters supplemental,