# EXHIBIT

# A

# *Supplemental Agreement*

Covering

## HEALTH CARE PROGRAM

**Exhibit C**

**to**

**AGREEMENT**

**between**

**GENERAL MOTORS CORPORATION**

**and**

**UAW**

**dated**

**November 2, 1996**

# EXHIBIT C

# SUPPLEMENTAL AGREEMENT

## (Health Care Program)

**(d)** The Corporation shall make contributions for health care coverages continued in accordance with subsection (c) above, on the same basis as set forth in Section 4, as of the date certification of disability is presented.

**Section 6. Continuation of Coverages Upon Retirement or Termination of Employment at Age 65 or Older**

**(a)** The health care coverages an employee has at the time of retirement or termination of employment at age 65 or older (for any reason other than a discharge for cause) with insufficient credited service to entitle the employee to a benefit under Article II of The General Motors Hourly-Rate Employees Pension Plan shall be continued.

**(b)** An employee who upon retirement is not enrolled for the coverages as provided in subsection (a) above may enroll for health care coverages to which entitled at the time of or subsequent to retirement. Such coverage shall become effective on the first of the month following receipt of application from such retired employee.

**(c)** Except as provided in subsection (d), below, the Corporation shall make contributions, in accordance with Program provisions, for health care coverages continued in accordance with subsections (a) and (b) above, for:

**(1)** a retired employee (including any eligible dependents other than sponsored dependents), provided such retired employee is eligible for benefits under Article II of The General Motors Hourly-Rate Employees Pension Plan; and

**(2)** an employee (including any eligible dependents other than sponsored dependents) terminating at age 65 or older (for any reason other than a discharge for cause) with insufficient credited

service to be entitled to a benefit under Article II of The General Motors Hourly-Rate Employees Pension Plan.

(d) Corporation contributions will not be made for employees hired on or after November 18, 1996 who, at the time of retirement or termination at age 65 or older, have fewer than ten (10) years of credited service under the Corporation's Pension Plans. Such individuals may elect to continue coverage on a self-paid basis.





**Section 7. Continuation of Coverages Upon Termination of Employment Other Than by Retirement or Death**



**(a)** Except as provided in Article III, Section 4(c) above, health care coverages for an employee who quits or is discharged shall automatically cease as of the last day of the month in which the employee quits or is discharged or, if later, the date seniority is broken.

**(b)** Following termination of employment other than by retirement or death, the former employee shall be entitled to continuation of coverages provided under applicable Federal laws, or to a conversion contract under Section 10, below.

**Section 8. Continuation of Coverages for the Survivors of an Employee, or of a Retired Employee or Certain Former Employee**



**(a)** If an employee dies prior to becoming eligible for health care coverages under Section 2 above, the Corporation shall permit the spouse of such employee to participate in the core coverages, on a self-pay basis, as provided in subsection (b)(1) below.



**(b)** If an employee or retiree dies after coverages are in effect under the Program, coverage for any dependents will cease as of the end of the month in

which the employee or retiree dies. Thereafter, a surviving spouse may be eligible to continue coverages as indicated below.

For purposes of this Section 8 and of Article V, "surviving spouse" does not include the spouse of a former employee eligible for a deferred pension under Article VII, Section 2 of The General Motors Hourly-Rate Employees Pension Plan; or a spouse or former spouse receiving, or eligible to receive, a pre-retirement survivor benefit under Article II, Section 11 of the previously referenced Pension Plan.

**(1)** The Corporation shall make suitable arrangements for the surviving spouse of an employee to participate, on a self-pay basis, in core coverages as long as monthly survivor income benefits provided in the General Motors Life and Disability Benefits Program for Hourly Employees are payable, or as long as the Bridge Survivor Income Benefit provided therein is not payable only because the survivor is eligible for a Mother's Insurance Benefit, or a comparable benefit for a father whether or not it is called a Father's Insurance Benefit, under the Federal Social Security Act as now in effect or as hereafter amended. However, such coverage shall not include prescription drug or hearing aid coverage unless applicable to the employee at date of death.

**(2)** The Corporation shall make contributions for core coverages continued in accordance with subsection (b)(1) above, for the first twelve months in which monthly Transition Survivor Income Benefits are payable to a surviving spouse who also is eligible for monthly Bridge Survivor Income Benefits provided under the General Motors Life and Disability Benefits Program. This provision also shall apply to the surviving spouse of an employee who dies on or after October 26, 1987, but who is ineligible for Bridge Survivor Income Benefits solely because of being age

sixty (60) or older as of the employee's date of death. Thereafter, the surviving spouse shall contribute the full cost for such coverages.



(3) The Corporation shall make suitable arrangements for a surviving spouse



(i) of an employee or retired employee (but not the surviving spouse of a former employee eligible for a deferred pension or a surviving spouse or surviving divorced spouse eligible for a pre-retirement survivor benefit under Article II, Section 11 of The General Motors Hourly-Rate Employees Pension Plan) if such spouse is receiving or is eligible to receive a survivor benefit under Article II of The General Motors Hourly-Rate Employees Pension Plan,



(ii) of a retired employee if, prior to death, the retired employee was receiving a benefit under Article II of The General Motors Hourly-Rate Employees Pension Plan,



(iii) of a former employee whose employment was terminated at age 65 or older for any reason other than a discharge for cause with insufficient credited service to be entitled to a benefit under Article II of The General Motors Hourly-Rate Employees Pension Plan, or

(iv) of an employee who at the time of death was eligible to retire on an early or normal pension under Article II of The General Motors Hourly-Rate Employees Pension Plan,

to participate in health care coverages; provided, however, that dental coverage shall be available to a surviving spouse age 65 or over only for months that such surviving spouse is enrolled for Medicare Part B coverage.

(4) The Corporation shall make contributions for health care coverages continued in accordance with



subsection (b)(3) above only on behalf of a surviving spouse, as provided therein and in subsection (b)(5) below (including for this purpose a surviving spouse who would receive survivor benefits under The General Motors Hourly-Rate Employees Pension Plan except for receipt of Survivor Income Benefits under the General Motors Life and Disability Benefits Program), and the eligible dependents of any such spouse; provided, however, that the contributions on behalf of a surviving spouse for the month the surviving spouse becomes age 65 and subsequent months shall be made only for months that the surviving spouse is enrolled for Medicare Part B coverage.

Notwithstanding the above, no Corporation contributions, other than contributions related to subsection (b) (5) below, shall be made under this subsection (b) (4) for the surviving spouse and eligible dependents of a deceased employee or retiree hired on or after November 18, 1996, if such employee or retiree had fewer than 10 years of credited service under the Corporation's Pension Plans.

**(5)** The Corporation shall make suitable arrangements for a surviving spouse of an employee whose loss of life results from accidental bodily injuries caused solely by employment with General Motors Corporation, and results solely from an accident in which the cause and result are unexpected and definite as to time and place, to participate in health care coverages; provided, however, such coverages shall not include prescription drug, dental, hearing aid or vision coverages unless applicable to the employee at date of death, and shall terminate upon the remarriage or death of the surviving spouse. Any Corporation contributions for coverages continued under this subsection (b)(5) shall be as provided in subsection (b)(4) above.

**(6)** A surviving spouse who is eligible for such coverages provided in subsections (b)(1), (b)(3) and (b)(5) above and who elects such coverages but who is not eligible for Corporation contributions as provided in subsections (b)(2) and (b)(4), must make such election no later than 60 days following the later of the end of the month in which the death of the employee, retired employee, or former employee occurs, or following the date of notice of available options by the Corporation, and shall contribute monthly the entire cost for such coverages for (i) single party, (ii) two party, or (iii) family.

**(7)** When contributions by surviving spouses are required, they shall be paid in cash directly to the Corporation or its agent on or before the 10th day of the month for which such coverages are to be provided or such other due date as may be established by the Corporation.

## Section 9. Dependent Eligibility Provisions

**(a)** ***General Provisions***

**(1)** As used in this Section 9, when reference is made to a person (i.e. - person A) being "dependent upon" another person (i.e. - person B), the term shall mean that person B may legally claim an exemption for person A, under Section 151 of the Internal Revenue Code, for Federal income tax purposes.





**(2)** The provisions of this Section 9 apply with respect to enrollment of certain dependents as secondary enrollees under primary enrollees who elect "self and spouse," "self and child," or "self and family" enrollment, in accordance with Article III, Section 1(a)(1) of the Program and to enrollment of sponsored dependents under subsection (e) below. Unless specifically provided otherwise in the Program, such a dependent has no individual or personal right of



enrollment, right to select an option within the Informed Choice Plan, or right to continue coverages under the Program.

(3) The Corporation shall have the right of determining eligibility of a dependent, consistent with the provisions of this Program.

(4) A primary enrollee claiming initial or continuing eligibility of a dependent shall furnish whatever documentation may be necessary to substantiate the claimed eligibility of a dependent and the social security number of each such dependent for whom a social security number is required to claim an exemption on the primary enrollee's Federal income tax return. Refusal or failure to furnish such documentation when requested to do so, or to furnish the social security number within a reasonable period of time, shall result in denial or withdrawal of eligibility for such dependent.

(5) Unless otherwise provided, a dependent who loses eligibility in accordance with the provisions of this Program, and who once again meets the requirements for dependent eligibility, may have coverage reinstated. The effective date of coverage in such cases will be the first day of the month following the month in which a valid enrollment form and any necessary supporting documentation is received by the Corporation.

(6) When, as a result of oversight or error, an eligible primary or secondary enrollee entitled to Corporation-paid coverage is not enrolled in a timely manner, coverage may be provided retroactive to the date of eligibility that would have been established if proper processing had occurred. However, in no event will the retroactivity exceed twelve (12) months from the month in which the error or omission is discovered.

This retroactive enrollment provision shall not apply to surviving spouses who are not entitled to Corporation-paid coverage. Such surviving spouses electing to continue coverages on a self-paid basis must make such election as stipulated in Article III, Section 8(b)(6). This retroactive enrollment provision also shall not apply to principally supported children or sponsored dependents, as discussed in subsections (d) and (e) respectively below.

**(7)** The receipt of a benefit under The General Motors Hourly-Rate Employees Pension Plan as an "alternate payee" in accordance with the Retirement Equity Act of 1984 shall not serve to entitle such recipient to coverages or continuation of coverages under this Program.

**(8)** Provisions will be made for the enrollment and administration of coverage for an individual determined to qualify for coverage pursuant to Qualified Medical Child Support Orders (QMCSO) under the provisions of the Omnibus Budget Reconciliation Act of 1993 (OBRA '93).

***(b) Spouse***

**(1)** The spouse of an eligible and enrolled employee or retiree shall be eligible for coverage. A surviving spouse of an employee or retiree, as defined in Section 8 above, may not have or add a new spouse as a dependent.



**(2)** A spouse by common-law marriage shall be eligible for coverage only to the extent such relationship is recognized by the laws of the state in which the employee or retiree is enrolled, and the employee or retiree has met such requirements for documentation of the status as may be necessary by law and required by the Corporation.



**(3)** The effective date of coverage for a spouse shall be the later of the effective date of coverage for



the employee or retiree, or the date of marriage. For a common-law spouse, the effective date of coverage shall be the date of receipt by the Corporation of a completed enrollment form and any necessary supporting documentation.

(4) A spouse's eligibility for coverage shall cease on the earlier of:

(i) the date the primary enrollee's coverage ceases, except that, in the case of the primary enrollee's death, coverage shall cease on the last day of the month in which the primary enrollee dies, unless the spouse is eligible for coverage as a surviving spouse as set forth in Section 8 of this Article, or

(ii) the date of the final decree of divorce.

(c) ***Children***

(1). Children of a primary enrollee, or of the spouse of an eligible and enrolled employee or retiree, shall be eligible for coverage if, as to each one, the following criteria are met.

(i) Relationship. The child must be the child of the primary enrollee, or of an employee's or retiree's spouse, by birth, or legal adoption, or legal guardianship.

Under the provisions of the Omnibus Budget Reconciliation Act of 1993 (OBRA '93), a child under the age of 18 who is in the process of being adopted by an employee or retiree will be deemed to satisfy the relationship test when the child is placed and takes up residence with the employee or retiree, pursuant to the adoption process.

(ii) Age. The child must not have reached the end of the calendar year in which the child becomes age 25, unless such child has been determined to be totally and permanently disabled prior to the end of

that year. For the purposes of this subsection, "totally and permanently disabled" means having any medically determinable physical or mental condition which prevents the child from engaging in substantial gainful activity and which can be expected to result in death or be of long-continued or indefinite duration.



Coverage will not be reinstated for a child who first becomes totally and permanently disabled after the end of the calendar year in which age 25 is attained or who was eligible for coverage as a totally and permanently disabled child, recovers, and, after the end of such calendar year, again becomes so disabled.





**(iii)** Marital Status. The child must be unmarried.





**(iv)** Residency. The child must reside with the primary enrollee, as a member of such enrollee's household or, if not a member of the household, such enrollee must be legally responsible for the provision of health care for the child (such as children of certain divorced parents, legal guardianships, children confined in training institutions, or children in school).

**(v)** Dependency. The child must be dependent upon the primary enrollee, or upon the spouse of an eligible and enrolled employee or retiree. This requirement shall be waived with respect to a child (by birth, legal adoption or legal guardianship) of a divorced employee or retiree, if the divorce decree, or order of the court of proper jurisdiction, or amendment of such decree or order, stipulates that such employee or retiree is legally responsible for providing health care coverage for such child.





**(2)** An eligible surviving spouse may not enroll a child unless the child was eligible to be enrolled prior to the death of the employee or retiree or, in the case of a child born after the death of the employee or retiree, unless such child is the issue of the surviving



spouse's marriage to the deceased employee or retiree, and was conceived prior to such employee's or retiree's death.

**(3)** The effective date of coverage for a child shall be the later of the effective date of coverage for the primary enrollee, or in the case of:

**(i)** Birth - the date of birth;

**(ii)** Legal Adoption - the date the adoption becomes final in accordance with applicable laws (or, for children being adopted and who meet the criteria of OBRA '93, the date the child is placed and resides with the adopting employee or retiree);

**(iii)** Legal Guardianship - the date guardianship becomes final in accordance with applicable laws; and

**(iv)** Stepchild - the date the child becomes a member of the employee's or retiree's household.

**(4)** A child, as defined above, shall cease to be eligible for coverage as of:

**(i)** the date of marriage of such child;

**(ii)** the last day of the month in which the child ceases to be dependent upon the primary enrollee, or upon the spouse of an eligible and enrolled employee or retiree, unless the exception in subsection (c)(1)(v) applies;

**(iii)** the last day of the month in which the child ceases to meet the residency criteria of subsection (c)(1)(iv) above;

**(iv)** the last day of the calendar year in which the child becomes age 25, except in the case of a totally and permanently disabled child (in the event coverage for a totally and permanently disabled child is continued, eligibility for such coverage shall cease

as of the last day of the month in which the child ceases to be totally and permanently disabled as defined by this Program); or



(v) the date the primary enrollee's coverage ceases, except that, in the case of the primary enrollee's death, coverage for such dependent child shall cease on the last day of the month in which the primary enrollee dies, unless such child is eligible for coverage as a dependent child of the surviving spouse of such employee or retiree.



(5) Notwithstanding any other provisions of the Program, the Program shall provide coverages in accordance with Section 4301 of the Omnibus Budget Reconciliation Act of 1993 (OBRA '93) and Section 609 of ERISA. The Corporation will maintain reasonable procedures related to the implementation of Qualified Medical Child Support Order and other aspects of the Federal regulation.



(d) ***Principally Supported Children***

(1) Children residing with and related to a primary enrollee by blood or marriage and for whom the primary enrollee provides principal support (as defined by the Internal Revenue Code of the United States) and who were reported as dependents on the primary enrollee's most recent income tax return or who qualify in the current year for dependency tax status, may be enrolled as principally supported children.



(i) A surviving spouse may continue coverages for a principally supported child enrolled by the deceased employee or retiree prior to such employee's or retiree's death, but may not enroll a new principally supported child unless such child was eligible to be enrolled by the deceased employee or retiree as of the date of death.



**(ii)** The residency waiver based on legal responsibility for the provision of health care, which applies to other children as indicated in subsection (c)(1)(iv), does not apply to principally supported children.

**(iii)** The other criteria of subsection (c)(1) apply to principally supported children.

**(2)** The effective date of coverage for a principally supported child shall be the first day of the month following the month in which a valid enrollment form is received by the Corporation.

**(3)** Eligibility of a principally supported child shall cease as it would for any other child in accordance with subsection (c)(4).

**(e)** ***Sponsored Dependents***

**(l)** A primary enrollee may obtain core coverages for dependents other than those specified in subsections (b), (c), and (d) above. Such dependents will include persons who are related to the primary enrollee by blood or marriage, or if not related, who reside with the primary enrollee as members of the household. Before becoming eligible for coverage, sponsored dependents (other than a child being adopted by the primary enrollee) who are not citizens of the United States must reside in the United States for one (1) full year, and must be legally entitled to remain in the United States indefinitely. Sponsored dependents must be dependent upon the primary enrollee for more than half of their support as defined by the Internal Revenue Code of the United States and must either qualify to be claimed as an exemption by the primary enrollee in the current year or have been claimed as an exemption on the primary enrollee's most recent Federal income tax return. They must be designated as sponsored dependents on a valid enrollment form signed by the primary enrollee. The coverages shall be provided

under the Program option elected by the primary enrollee. For the purposes of this subsection, an adopted child shall be considered to be related to a primary enrollee "by blood."



(2) Coverages provided under this subsection for a sponsored dependent enrolled at the time of an employee's or retiree's death may be continued at the option of the employee's or retiree's surviving spouse while such surviving spouse is enrolled for coverages as provided in Section 8 of this Article. A surviving spouse may not add any new sponsored dependents.









(3) The primary enrollee shall pay the full cost of coverages under this subsection, and the Corporation shall not contribute toward the cost of health care coverages for any sponsored dependents.

(4) The effective date of coverages for an eligible sponsored dependent shall be the later of the effective date of coverages for the primary enrollee, or the first day of the month following the month of receipt by the Corporation of a completed enrollment form and any supporting documentation as may be required by the Corporation. However, the effective date for a sponsored dependent previously enrolled as such, and whose coverages as a sponsored dependent were discontinued, shall be the first day of the sixth month following receipt of the application for reinstatement.





(5) Coverage for a sponsored dependent shall cease on the earlier of:





(i) the last day of the month in which the person ceases to meet the eligibility criteria set forth in (1) above,





(ii) on the last day of the month preceding the month for which the required contribution was due but not paid, or

**(iii)** the date the primary enrollee's coverages cease except that in the case of the primary enrollee's death, coverage for such sponsored dependent shall cease on the last day of the month in which the primary enrollee dies, unless the sponsored dependent has coverages continued in accordance with (2) above.

**Section 10. Conversion Privilege**

**(a)** Any former enrollee who is no longer eligible to continue coverages under the Program, shall be offered an opportunity to obtain other available coverage, on a self-paid basis, from the basic carrier with whom enrolled at the time eligibility terminated. Such conversion privilege shall not apply to prescription drug, hearing aid, vision, or dental coverages.

**(b)** A former enrollee wishing to exercise this privilege shall make application to the carrier within thirty (30) days of termination of eligibility under this Program.

## ARTICLE IV
## DEFINITIONS

Unless otherwise indicated, as used in this Program:

**1.** "active service" or *"in active service"* - means receiving pay for regular hours of work scheduled by the Corporation, or otherwise scheduled to work but absent due to either,

**(a)** vacation time off authorized in advance,

**(b)** a specified holiday, or

**(c)** bereavement, jury duty, or short-term military leave of absence under circumstances where the absence is authorized in advance and the employee is entitled to receive full or partial compensation from the Corporation for the day(s) of absence.